UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. GLASS, JR., | No. 1:17-cv-00003-DAD-BAM |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| NAVIENT SOLUTIONS, INC., | |
| Defendant. | |

On February 21, 2017, the court issued an order granting defendant John F. Remondi's motion to dismiss and granting Navient Solutions, Inc.' motion to intervene as the proper defendant in the matter. (Doc. No. 8.) In that order, the court directed plaintiff to file an amended complaint or, alternatively, to voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a)(1). (*Id.* at 5.) The court noted that "[a]t the hearing on this motion counsel for Mr. Remondi and NSI reported that plaintiff had recently filed a notice of dismissal in the Kern County Superior Court where this action had been pending prior to its removal to this court which counsel had interpreted as an indication that plaintiff no longer wished to pursue this action." (*Id.* at 5 n.2.) The time provided to plaintiff in the court's order to file an amended complaint or voluntary dismissal of this action has now passed. However, plaintiff has not filed an amended complaint, voluntarily dismissed the action, or otherwise contacted the court.

/////

1

The court therefore orders plaintiff to show cause in writing by **Friday, April 28, 2017,** why sanctions should not be imposed due to his failure to comply with the court's February 21, 2017 order. Plaintiff is forewarned, that should he fail to respond to this order to show cause in writing, as required, this action will be dismissed for failure to prosecute and failure to obey the court's orders. *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 42-46 (1991) (recognizing that it is within the inherent authority of the court to control its docket and require compliance with its orders).

IT IS SO ORDERED.

Dated:   **March 30, 2017**

UNITED STATES DISTRICT JUDGE