## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JAMES L. GLASS JR.,**

CASE NO: **1:17–CV–00003–DAD–BAM**

v.

**NAVIENT SOLUTIONS, INC., ET AL.,**

<u>XX</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 05/17/2017**

**Marianne Matherly**
Clerk of Court

ENTERED: **May 17, 2017**

by: /s/ E. Flores
Deputy Clerk